UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 PROCEEDINGS |
| DOUGLAS KETCHUM ) | |
| ) | CASE NO: 09-43872 |
| ) | |
| ) | Kay Woods |
| DEBTOR ) | U.S. Bankruptcy Judge |
| ) | |

## MOTION TO DISMISS

NOW COMES Michael A. Gallo, the Standing Chapter 13 Trustee and states that the debtor is in default under the terms of the plan, for the reason that the payments required by the plan have not been made and that a showing has not been made of any just cause for default.

WHEREFORE, the Trustee requests that this case be dismissed pursuant to Section 1307(c) of the Bankruptcy Code, together with such other and further relief to which this court deems proper.

DATED this 15th day of May, 2013.

/s/ MICHAEL A. GALLO, TRUSTEE
MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West, Suite 602
Youngstown, Ohio 44503
Phone: (330) 743-1246

NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on the Trustee's Motion to Dismiss as filed will be held at the United States Bankruptcy Court, Federal Building, U.S. Courthouse Building, 3rd Floor, 10 E. Commerce Street, Youngstown, Ohio on the 5th day of June, 2013, at 1:30 o'clock p.m.

Failure to answer or appear will result in the granting of the relief against you as prayed for in Trustee's Motion to Dismiss.

/s/ MICHAEL A. GALLO, TRUSTEE
MICHAEL A. GALLO, TRUSTEE

CERTIFICATE OF SERVICE

I certify that on May 15, 2013, a true and correct of the within Trustee's Motion to Dismiss and Notice of Hearing was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

ROBERT A. CIOTOLA at rac@raciotola.com
OFFICE OF THE UNITED STATES TRUSTEE at (Registered address)@usdoj.gov.

And by regular U.S. mail, postage prepaid, on:

DOUGLAS KETCHUM
41865 GLASGOW RD.
LISBON, OH 44432-
DEBTOR

By: /s/ MICHAEL A. GALLO
MICHAEL A. GALLO, TRUSTEE